1  Van E. Flury
2  4009 W. Kiva Street
   Laveen, Arizona 85339
3  (602) 237-9152, (602) 319-8777

4  Plaintiff, Pro Per

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     DEC 2 0 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ S  DEPUTY
```

5  IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual, | CASE NO. |
| Plaintiff, | **CIV '10 2735 PHX   DKD** |
| vs. | **COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, L.L.C. (a foreign limited liability company); | (Fair Credit Reporting Act) |
| Defendant. | |

## JURISDICTION AND VENUE

1)   Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the cause of action alleged against defendant arising under the laws of the United States, pursuant to the: *Fair Credit Reporting Act, ("FCRA") U.S.C. Title 15, section, 1681 et seq.*

2)   Plaintiff further alleges that the plaintiff, Van E. Flury, at all times material to this action, resides in: Maricopa County, Arizona, at: 4009 W. Kiva Street, Laveen, Arizona 85339; and the defendant does business at its corporate headquarters and principal office location in: Atlanta, Georgia, located at: 1550 Peachtree Street, NW; Atlanta, GA 30309.

# COMPLAINT

3)   Plaintiff further alleges that the defendant has violated the *Fair Credit Reporting Act* with regards to the plaintiff, Van E. Flury, as it relates to a certain public record currently being reported in plaintiff's respective credit file with defendant (Equifax); identified as public record item # 0503338, Chapter 7 Bankruptcy. — Specifically with regards to: *U.S.C. Title 15, §1681i(a)(1), §1681i(a)(2), §1681i(a)(5)(A), and §1681i(a)(6)(B)(iii)*.

4)   Plaintiff further alleges that these violations by the defendant occurred in regards to a written dispute/request for reinvestigation that plaintiff submitted to the defendant pursuant to this disputed public record, on: November 17, 2010, and promptly received back from the defendant a written (standardized form) response, on: 11/23/2010, that plaintiff further alleges: does not, comply with the *"Fair Credit Reporting Act"* with respect to plaintiff's written request for reinvestigation of this disputed public record. — Both plaintiff's written request, and defendant's (standardized form) response, are attached hereto, as exhibits A & B.

## PRAYER FOR RELIEF AND DEMAND FOR JUDGMENT

5)   Plaintiff claims statutory damages of not less than $100.00, and not more than $1,000.00, pursuant to: *U.S.C. Title 15, §1681n (a)(1)(A)*, for defendant's willful failure to comply with the requirements imposed under the *"Fair Credit Reporting Act,"* pursuant to plaintiff's written request for reinvestigation of the disputed public record item being currently reported by the defendant in plaintiff's respective credit file. — Plaintiff prays also for his "Costs" in bringing the lawsuit.

DATED this 20th day of December 2010

By : _____
Van E. Flury (pro per)

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777