Michael J. Coccaro (#025417)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren St.
Phoenix, Arizona 85004-2202
602-382-6444
mcoccaro@swlaw.com
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendant. | No. 2:10-cv-02735 JAT<br><br>**JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, and the parties jointly move this court through their respective counsel of record and pursuant to Rule 41 Fed.R.Civ.P., that any and all claims of the plaintiff against Defendant Equifax Information Services LLC ("Equifax") are hereby dismissed with prejudice and on the merits. The parties further stipulate and agree that each and every claim of plaintiff under his Complaint against Equifax has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice and on the merits.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

11470737.1

1  **IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this
2  stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred
3  by each respectively in connection with said action.
4  Respectfully submitted this 25th day of February, 2011.

5  SNELL & WILMER L.L.P.

7  By:  s/ Michael J. Coccaro
     Michael J. Coccaro (#025417)
     SNELL & WILMER L.L.P.
     One Arizona Center
     400 E. Van Buren
     Phoenix, AZ  85004-2202
     Attorneys for Defendant Equifax
     Information Services LLC

12  By:  s/ Michael J. Coccaro with permission
     Van Flury
     Plaintiff Pro Se
     4009 W. Kiva Street
     Laveen, Arizona  85339

11470737.1

2

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Van E. Flury
4009 W. Kiva Street
Laveen, Arizona  85339

Dated: February 25, 2011

s/ Michael J. Coccaro

11481109.1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

11470737.1

3